178 So. 927

**W. T. TAYLOR, Jr., et al. etc., v. Alma R. LOONEY.**

**7 Div. 332.**

Court of Appeals of Alabama.
Jan. 13, 1938.

Paul O. Luck, of Columbiana, for appellants.

W. L. Longshore, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

180 So. 902

**Albert TAYLOR v. STATE.**

**2 Div. 644.**

Court of Appeals of Alabama.
March 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

184 So. 922

**Vernon TAYLOR v. STATE.**

**1 Div. 306.**

Court of Appeals of Alabama.
Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

177 So. 926

**Macon TENDEL v. STATE.**

**4 Div. 360.**

Court of Appeals of Alabama.
Nov. 16, 1937.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 926

**Dock TERRY v. STATE.**

**2 Div. 613.**

Court of Appeals of Alabama.
Nov. 2, 1937.

BRICKEN, Presiding Judge.
Affirmed.

181 So. 925

**Hulett TERRY v. STATE.**

**8 Div. 604.**

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.